**Opinion issued January 14, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00477-CV

————————————

**LINH T. BUI, Appellant**

**V.**

**TRADITION BANK, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-36996**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss, representing that they have settled this matter. They request that we grant their motion and dismiss the appeal with each party to bear its own costs. *See* TEX. R. APP. P. 42.1(a)(2). No opinion has issued. *See id.* 42.1(c).

Accordingly, we grant the motion and dismiss the appeal, with costs taxed against the party incurring same. *See id.* 42.1(a)(2).

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.